# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **TRAVON JACOBS** | Criminal Number: **2:23CR00258-1** |
| | Defendant's Attorney: Gene Vorobyov, Retained |

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge(s)   1, 2, 4, 6, and 7   as alleged in the violation petition filed on   12/2/2020  .

[✓] was found in violation of condition(s) of supervision as to charge(s)   3 and 5 on March 26, 2024   after denial of guilt, as alleged in the violation petition filed on   12/29/2023  .

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| 1 | UNLAWFUL USE OF A CONTROLLED SUBSTANCE | 03/03/2020, 07/20/2023 |
| 2 | UNLAWFUL POSSESSION OF A CONTROLLED SUBSTANCE | 07/20/2023 |
| 3 | UNAUTHORIZED TRAVEL | 05/19/2023, 07/20/2023, 08/10/2023, 10/02/2023, 10/8/2023, 10/12/2023, 10/27/2023, 12/22/2023 |
| 4 | NEW LAW VIOLATION | 10/2/2023 |
| 5 | NEW LAW VIOLATION | 10/27/2023 |
| 6 | FAILURE TO ANSWER TRUTHFULLY TO PROBATION OFFICER | 12/14/2023, 12/24/2023 |
| 7 | FAILURE TO NOTIFY OF CHANGE IN EMPLOYMENT STATUS | 11/11/2023 |

AO 245D-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case for Revocation

DEFENDANT: **TRAVON JACOBS**  
CASE NUMBER: **2:23CR00258-1**

Page 2 of 3

The court:  [✓] revokes:   [ ] modifies:   [ ] continues under same conditions of supervision heretofore ordered on __8/23/2017__.

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**5/13/2024**  
Date of Imposition of Sentence

*/s/ Dale A. Drozd*  
Signature of Judicial Officer  
**Dale A. Drozd**, United States District Judge  
Name & Title of Judicial Officer  
6/18/2024  
Date

AO 245B-CAED (Rev. 09/2019) Sheet 2 - Imprisonment

DEFENDANT: **TRAVON JACOBS**  
CASE NUMBER: **2:23CR00258-1**

Page 3 of 3

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
24 months as to Counts 1 through 7, to run concurrent for a total term of 24 months.

- [ ] No TSR: Defendant shall cooperate in the collection of DNA.

- [✓] The court makes the following recommendations to the Bureau of Prisons:
  The court recommends that the defendant serve his sentence in Mendota, California, but only insofar as this accords with security classification and space availability.

- [✓] The defendant is remanded to the custody of the United States Marshal.

- [ ] The defendant shall surrender to the United States Marshal for this district
  - [ ] at ___ on ___.
  - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - [ ] before ___ on ___.
  - [ ] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Officer.
  
  If no such institution has been designated, to the United States Marshal for this district.

- [ ] Other, Please Specify:

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
United States Marshal

_____
By Deputy United States Marshal