Gene David Vorobyov, CA Bar # 200193
Law Office of Gene Vorobyov
2309 Noriega Street, # 46
San Francisco, CA 94122

Appointed Appellate Counsel for Defendant
TRAYVON JACOBS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTIRCT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>TRAYVON JACOBS,<br><br>    Defendant and Appellant | No. 2:23-cr-00258-DAD<br>[9th Circuit Case No. 24-3806)<br><br>**Order (1) Directing Transcription of Sealed Portions of the February 24, 2024, Hearing, and (2) Providing a Copy of All Sealed Transcripts and Filing to Appointed Counsel** |

The Court finds good cause to grant the application for an order (1) to permit the court reporter to transcribe a sealed portion of the February 27, 2024, hearing, and (2) to provide appointed appellate counsel access to the sealed portion of that transcript (as well as any other sealed transcript or filing).

IT IS SO ORDERED.

Dated: **August 2, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Request for Order Permitting Transcription of Sealed Hearing and for Access to Copies of Sealed Transcripts and Filings
No, 2:23-cr-00258-DAD

2